SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

SCOTT J. HYMAN (SBN 148709)
sjh@severson.com
KALAMA M. LUI-KWAN (SBN 242121)
kml@severson.com
ALISA A. GIVENTAL (SBN 273551)
aag@severson.com
SEVERSON & WERSON A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Facsimile: 415-956-0439

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARK MORTIMER, | Case No.: 5:13-cv-01956-PSG |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL AND [~~PROPOSED~~] ORDER** |
| v. | |
| WELLS FARGO BANK, NATIONAL ASOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

STIPULATED REQUEST FOR DISMISSAL- 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedures, plaintiff Mark Mortimer and defendant Wells Fargo Bank, N.A., by and through their attorneys, respectfully request that the above-caption matter be dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED**

Dated:   September 30, 2013          /s/ *Jarrett S. Osborne-Revis*
                                     Scott J. Sagaria
                                     Elliot W. Gale
                                     Jarrett S. Osborne-Revis
                                     **Sagaria Law, P.C.**
                                     Attorneys for Plaintiff


Dated: September 30, 2013            /s/ _ *Alisa A. Givental*_____
                                     Scott J. Hyman
                                     Kalama M. Lui-Kwan
                                     Alisa A. Givental
                                     **Severson & Werson, P.C.**
                                     Attorneys for Defendant

I, Jarrett S. Osborne-Revis, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Alisa A. Givental has concurred in this filing.

/s/ *Jarrett S. Osborne-Revis*

## [~~PROPOSED~~] ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure and the joint stipulation of all parties who have appeared, this action is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: 9/30/2013



UNITED STATES MAGISTRATE JUDGE